UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK M. DIAZ,
    Petitioner,

v.

X. CANO,
    Respondent.

Case No. 16-cv-00873-VC (PR)

**ORDER OF TRANSFER**

Frank M. Diaz, a state prisoner incarcerated at California State Prison Correctional Facility, located in Los Angeles, California, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his conviction obtained in Kings County Superior Court.

A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed may transfer the petition to the other district in the furtherance of justice. *Id*. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Diaz was convicted in Kings County Superior Court, which lies within the venue of the Eastern District of California. 28 U.S.C. § 84(b). He is incarcerated in Los Angeles County, which lies within the venue of the Central District of California. Thus, jurisdiction over the petition exists in the Eastern District of California, not in this district.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District

Court for the Eastern District of California.

All pending motions are TERMINATED on this Court's docket.

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
VINCE CHHABRIA
United States District Judge


1   Court for the Eastern District of California.

2   　　　All pending motions are TERMINATED on this Court's docket.

3   　　　**IT IS SO ORDERED.**

4   Dated: March 10, 2016

5   _____
    VINCE CHHABRIA
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(Left margin: United States District Court / Northern District of California)